**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **ADAM ABBOTT AND, PATRICIA ABBOT,** | Bankruptcy No. 19-24934-GLT |
| Joint Debtors, | Chapter 7 |
| **ADAM ABBOTT AND PATRICIA ABBOTT,** | Doc. No. |
| | Related to Doc. No. 1 |
| Movants, | |
| vs. | |
| **NO RESPONDENT.** | |

## ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the time in which the Joint Debtors are to cure the deficiencies in their Petition is enlarged by a period of fourteen (14) days, until January 28, 2020.

Date: _____                    _____
                                            United States Bankruptcy Court Judge